**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ALEX LANDRY, individually and on behalf of all other similarly situated current citizens of Illinois and the United States, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:24-cv-01661-SPM |
| POST CONSUMER BRANDS, LLC, | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties, through their respective undersigned counsel, hereby stipulate and agree to the dismissal with prejudice of all of the claims asserted by Plaintiff in the above-captioned action, with each party to bear its own costs.

SO STIPULATED.

Dated: July 22, 2025

Respectfully submitted,

By: */s/ David C. Nelson*

David C. Nelson (ARDC 6225722)
Nelson & Nelson, Attorneys at Law, P.C.
420 North High Street, P.O. Box Y
Belleville, IL 62222
Tel: 618-277-4000
Email: dnelson@nelsonlawpc.com

Matthew H. Armstrong (ARDC 6226591)
ARMSTRONG LAW FIRM LLC
2890 W. Broward Blvd. Unit B, #305
Ft. Lauderdale, FL 33312
Tel: 314-258-0212
Email: matt@mattarmstronglaw.com

Robert L. King (ARDC 6209033)
THE LAW OFFICE OF ROBERT L. KING
9506 Olive Blvd., Suite 224
St. Louis, MO 63132
Tel: 314-246-0702
Email: king@kinglaw.com

Stuart L. Cochran (ARDC 6323231)
Texas State Bar No. 24027936
CONDON TOBIN SLADEK THORNTON NERENBERG PLLC
8080 Park Ln., Ste 700
Dallas, TX 75231
Tel: 214-865-3804
Email: scochran@condontobin.com

*Attorneys for Plaintiff and the Putative Class*

By: */s/ Patrick D. Cloud*
Patrick D. Cloud (ARDC 6282672)
Heyl, Royster, Voelker & Allen, P.C.
105 West Vandalia Street
Mark Twain Plaza III, Suite 100
Edwardsville, IL 62025
Tel: 618-656-4646
Primary E: edwecf@heylroyster.com
Secondary E: pcloud@heylroyster.com

Angela Spivey (pro hac vice)
Andrew Phillips (pro hac vice)
Troy Stram (pro hac vice)
Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Tel: (404) 881-7857
Email: angela.Spivey@alston.com
Email: andrew.phillips@alston.com
Email: troy.stram@alston.com

*Attorneys for Defendant Post Consumer Brands, LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which electronically delivered a copy of the same to all counsel of record.

*/s/ David C. Nelson*
David C. Nelson