IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALEX LANDRY, individually and on behalf of all other similarly situated current citizens of Illinois and the United States,<br><br>   Plaintiff,<br><br>v.<br><br>POST CONSUMER BRANDS, LLC,<br><br>   Defendant. | Case No. 3:24-CV-01661-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

  **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on July 23, 2025 (Doc. 48), this action is **DISMISSED with prejudice**.

  **DATED:  July 23, 2025**

               MONICA A. STUMP,
               Clerk of Court

               By:  s/ *Jackie Muckensturm*
                  Deputy Clerk

 APPROVED: s/ *Stephen P. McGlynn*
      STEPHEN P. McGLYNN
      U.S. District Judge